# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

ANTWONE DORNELL GOOLSBY, SR.,

    Petitioner,

vs.

STATE OF NEVADA,

    Respondent.

Case No. 2:10-CV-00853-PMP-(RJJ)

**ORDER**

The court ordered (#2) petitioner to file an application to proceed in forma pauperis or to pay the filing fee. Petitioner has done neither within the allotted time.

IT IS THEREFORE ORDERED that this action is **DISMISSED** without prejudice for petitioner's failure to comply with the court's order (#2). The clerk of the court shall enter judgment accordingly.

DATED: August 3, 2010.

_____
PHILIP M. PRO
United States District Judge